

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2024

No. 04-22-00413-CR

Paul **YBARRA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR6362
Honorable Laura Lee Parker, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, counsel's motion to withdraw is GRANTED, and the appeal is ABATED and the cause is REMANDED to the trial court for appointment of new counsel to represent appellant on appeal.

The trial court clerk is ORDERED to file a supplemental clerk's record containing the order appointing new appellate counsel within thirty days from the date of this order.

It is so **ORDERED** on January 31, 2024.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2024.

_____
Michael A. Cruz, Clerk of Court